**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 21- 30122- SPM |
| Plaintiff, ) | |
| ) | Title 18, |
| vs. ) | United States Code, |
| ) | Sections 1201(a)(1), 2261(a)(2) |
| SHON A. THOMAS, ) | |
| ) | |
| Defendant. ) | |

**FILED**

AUG 18 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**KIDNAPPING**

On or about July 11, 2021, in St. Clair County, Illinois, within the Southern District of Illinois and the Eastern District of Missouri,

**SHON A. THOMAS,**

defendant herein, did unlawfully seize, confine, inveigle, kidnap, abduct, or carry away, and hold for ransom, reward, or otherwise, L.M., and did willfully transport L.M. in interstate commerce between the State of Missouri and the State of Illinois, all in violation of Title 18, United States Code, Section 1201(a)(1).

### COUNT 2

**INTERSTATE DOMESTIC VIOLENCE – CAUSING TRAVEL OF VICTIM**

On or about July 11, 2021, in St. Clair County, Illinois, within the Southern District of Illinois and the Eastern District of Missouri,

**SHON A. THOMAS,**

defendant herein, caused L.M., an intimate partner, to travel in interstate commerce by force, coercion, duress, or fraud, and while in the course of, and as a result of, and to facilitate such travel, committed and attempted to commit a crime of violence against L.M., in violation of Title 18, United States Code, Section 2261(a)(2).

A TRUE BILL

*[signature]*
LAURA REPPERT
Assistant United States Attorney

*[signature]* Digitally signed by STEVEN WEINHOEFT
Date: 2021.08.16 21:45:56 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention